■ ■ The causes involving both applications for mandamus were properly consolidated in the court below and no objection was raised on this point by plaintiff before the trial court. Similarly, the action of the court in allowing defendant Carter to intervene was proper, as was the action of the court in allowing plaintiff to intervene in defendant's mandamus action (*Oglesby v. Springfield Marine Bank*, 385 Ill. 414).

It is obvious from the record that plaintiff has failed to sustain his case and to show that he was entitled to the relief prayed for. The order of the circuit court dismissing the plaintiff's petition for mandamus was clearly proper. It is apparent from the record that the county clerk should issue a certificate of election to defendant Carter. The judgment of the circuit court of St. Clair county will, therefore, be affirmed.

*Judgment affirmed.*

WILLIAM M. BARDENS and A. J. SCHEINEMAN, JJ., concur.

**Elsie McGookey, Appellant, v. Carrie L. Winter, Executrix, Appellee.**

**Term No. 48F8.**

opinion filed April 27, 1948; rehearing denied May 25, 1948; released for publication May 28, 1948. A. J. McMahan, for appellant; Donovan D. McCarty, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. **Not to be published in full.**